# EXHIBIT A

**From:** foiarequest@hhs.gov <foiarequest@hhs.gov>
**Sent:** Wednesday, November 13, 2024 12:57 PM
**To:** Caitlyn Miller <CMiller@awkolaw.com>
**Subject:** Request Acknowledgement by U.S. Department of Health & Human Services

 You don't often get email from foiarequest@hhs.gov. Learn why this is important

```
Dear Caitlyn Miller,

Request #2025-00518-FOIA-OS has been assigned to the request you submitted. In all
future correspondence regarding this request please reference request #2025-00518-
FOIA-OS.

Regards,
U.S.
 Department of Health & Human Services
```