# EXHIBIT B



**From:** Caitlyn Miller <cmiller@awkolaw.com>
**Sent:** Tuesday, May 27, 2025 10:41 AM
**To:** Caitlyn Miller <CMiller@awkolaw.com>
**Cc:** Caitlyn Miller <CMiller@awkolaw.com>
**Subject:** FW: RE: NIH FOIA Request - 62782 Miller - Clarification Required

-----Original Message-----
**From:** Caitlyn Miller [mail to:CMiller@awkolaw.com]
**Sent:** November 8, 2024 2:48 PM
**To:** NIH FOIA [mail to:nihfoia@od.nih.gov]
**CC:** Dave Cates (External) [mail to:dcates@cateslaw.com],Sam Geisler [mail to:sgeisler@awkolaw.com]
**Subject:** RE: NIH FOIA Request - 62782 Miller - Clarification Required

Hi Roger,

We agree to amend the request to the following NIH Employees:

- Jack Moye, Jr.  (senior medical officer in the Maternal and Pediatric Infectious Disease Branch at NICHD
- Stephanie Wilson Archer (Program Analyst at NICHD)
- Elizabeth Baden (Political Analyst at NICHD),
- Laura Berkson (Director of the NICHD's Office of Legislation),
- Diana W. Bianchi (NICHD Director),
- Andrew Bremer (Director of NIH Office of Nutrition Research),
- Nahida Chakhtoura (Chief of the Pregnancy and Perinatology Branch at the NICHD),
- Alison Cernich (Deputy Director of NICHD),
- Sarah Glavin (Deputy Director of Science Policy Analysis and Communication at NICHD)
- Rohan Hazra (Executive Title Director, Division of Extramural Research at NICHD)
- Ryan Ranallo (NIH Program Officer)
- Rebekah Rasooly (Director, Division of Extramural Activities, NICHD)
- Caroline Signore (Deputy Director, Division of Extramural Activities, NICHD)
- Elizabeth Walsh (Associate Director of Strategy and Operations, NICHD)
- Paul Williams (Director, Office of Communications, NICHD)

- Zahra Younoszai (Health Specialist, NICHD)
- G. Stephanie Philogene (Director, Office of Behavioral and Social Sciences Research, NIH)
- Natasha Williams (Chief of the Legislation and Public Policy Branch, within the Office of Legislation, Public Policy, and Ethics, NICHD)
- Emily Cassio (Health Specialist, Presidential Management Fellow, NICHD)

To clarify, do we need to resubmit this request?

Regards,
Caitlyn Miller

| | |
|---|---|
| **Caitlyn Prichard Miller**<br>Attorney<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010 \| Ext. 160<br>Fax: (850) 916-7449<br>Email: cmiller@awkolaw.com |

CONFIDENTIAL ATTORNEY WORK PRODUCT
This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

**From:** NIH FOIA
**Sent:** Thursday, November 7, 2024 1:13 PM
**To:** Caitlyn Miller
**Cc:** NIH FOIA
**Subject:** NIH FOIA Request - 62782 Miller - Clarification Required

> You don't often get email from nihfoia@od.nih.gov. Learn why this is important

Good afternoon,

  Please be advised that your request is overly broad as defined by the FOIA, given that there are over 18,000 NIH employees with email accounts that would need to be searched.  To narrow your request to a reasonable scope, please confirm that you agree to amend your request to accept the emails of a named NIH employee, making sure to include their full name and title.  Your request will be placed on hold until we receive your confirmation, and if no reply from you is received by

Thursday, November 28, 2024, your request will be considered withdrawn and will be administratively closed.

Thank you.

**Roger Bordine**
Program Support
Freedom of Information Office
National Institutes of Health
Building 1, Room 344
1 Center Drive, MSC 0188
Bethesda, Maryland 20892-0188

PH: 301-496-5633
Fax: 301-402-4541
Roger.bordine@nih.gov



**From:** noreply@opexustech.com noreply@opexustech.com>
**Sent:** Friday, November 1, 2024 2:06 PM
**To:** NIH FOIA nihfoia@od.nih.gov>
**Subject:** [EXTERNAL] NIH FOIA - Assignment Notification from NIH FOIA Public Portal-Tracking # 62782

*Hi FOIA Team!*

*Request # 62782 was submitted through the NIH FOIA Public Portal and assigned to you for review and further processing.*

*Please review the request and if all required details have not been provided by the requester, be sure to use the "Stop Clock" option to ensure processing time for the request is accurately monitored while waiting for clarification/information from the requester.*

`Request Description:`

*Any and all communications, meeting minutes, and notes from January 2024 -*

*present between the NIH and Abbott Laboratories, Inc.*

*Any and all communications, meeting minutes, and notes from January 2024 - present between the NIH and Mead Johnson.*

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.