# EXHIBIT C





-----Original Message-----
**From:** foiarequest@hhs.gov [mail to:foiarequest@hhs.gov]
**Sent:** January 31, 2025 2:04 PM
**To:** Caitlyn Miller [mail to:CMiller@awkolaw.com]
**Subject:** Status Update for Request #2025-01631-FOIA-OS

Dear Caitlyn Miller,

The status of your FOIA request #2025-01631-FOIA-OS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services



🇺🇸 An official website of the United States government
  Here's how you know

# FOIA.gov


MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1912621

# Success!

## Your FOIA request has been created and is being sent to the Office of the Secretary.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

Arianne Perkins, FOIA Officer

202-690-7453

FOIA Requester Service Center

202-690-7453

Beth Kramer, FOIA Public Liaison

202-690-7453

FOIA Officer/Director, Freedom of Information and Privacy Acts Division, Hubert H. Humphrey Bldg, Suite 729H
200 Independence Avenue, SW
Washington, DC 20201

FOIARequest@hhs.gov

## Request summary

Request submitted on **January 29, 2025**.

The confirmation ID for your request is **1912621**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Caitlyn Miller

**Mailing address**
17 E Main Street
Pensacola, Florida 32502
United States

**Phone number**
8502021010

**Company/organization**
Aylstock, Witkin, Kreis & Overholtz, PLLC

**Email**
cmiller@awkolaw.com

## Your request

All notes, meeting minutes and email communications related to or concerning the National Advisory Child Health and Human Development (NACHHD) Council's Necrotizing Enterocolitis (NEC) Working Group Council Meeting 1 held August 15, 2024, Meeting 2 held August 22, 2024, and Meeting 3 held August 28, 2024, and the FDA/NIH/CDC consensus statement from June 1, 2024 until present from the following employees: Steve Cha.

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
1000

## Request expedited processing

**Expedited processing**
no



### CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ↗ CC3.0

| FREQUENTLY ASKED QUESTIONS
| DEVELOPER RESOURCES
| AGENCY API SPEC
| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD
| ACCESSIBILITY
| PRIVACY POLICY
| POLICIES & DISCLAIMERS
| JUSTICE.GOV
| USA.GOV ↗