# EXHIBIT D



**From:** NICHD FOIA Request <nichdfoiarequest@mail.nih.gov>
**Sent:** Thursday, March 27, 2025 4:32 PM
**To:** Caitlyn Miller <CMiller@awkolaw.com>
**Cc:** NICHD FOIA Request <nichdfoiarequest@mail.nih.gov>
**Subject:** NIH FOIA Request #63506

> You don't often get email from nichdfoiarequest@mail.nih.gov. Learn why this is important

Greetings Ms. Caitlyn Miller,

We received a referral for direct response from the Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) Office.  You initially submitted the FOIA request to CDC on January 31, 2025. The CDC FOIA Office assigned the request the following number 25-00713-FOIA. The records that you were seeking from the CDC are the following:

- All notes, meeting minutes and email communications related to or concerning the National Advisory Child Health and Human Development (NACHHD) Council's Necrotizing Enterocolitis (NEC) Working Group Council Meeting 1 held August 15, 2024,Meeting 2 held August 22, 2024, and Meeting 3 held August 28, 2024, and the FDA/NIH/CDC consensus statement from June 1, 2024, until present from the following employees: Heather Hamner.

We received a total of 9 pages from CDC for review and direct response on February 14, 2025. We would like to process this request as a simple request. As a result, we would like to send you a final response next week and close the request. That means that we will **process the request before** NIH FOIA Request #62926 (rationale: similar subject matter and number of pages). After we close NIH FOIA Request #63506, we will begin sending you partial responses for NIH FOIA Request #62926 until we have processed all the responsive records.

***Please provide your concurrence that we may process NIH FOIA Request #63506 before we process NIH FOIA Request #62926. Thank you.***

If you have any questions, please feel free to contact me by phone or email.

Best Regards,

Ms. Shevon Johnson
FOIA Coordinator
*National Institute of Child Health*

*and Human Development*
*Department of Health*
*and Human Services*
Phone: 301-435-3457