# EXHIBIT E



**From:** Garay Montano, Brittany <foiarequest@hhs.gov>
**Sent:** Friday, February 21, 2025 11:09 AM
**To:** Caitlyn Miller <CMiller@awkolaw.com>
**Subject:** HHS FOIA Request Update-- 2025-01607-FOIA-OS

Dear Caitlyn Miller

This email is to inform you that the divisions we referred your request to have responded to our office advising that the documents you seek may be within our purview. We have amended your request in the HHS Office of the Secretary FOIA system and are processing the request for search. You will have the same request tracking number and place in the queue for search. We thank you for your patience. You can contact our office via email at FOIARequest@hhs.gov . *Please include your tracking number in the subject line of your inquiry,*

Sincerely,

OS FOIA Division Intake
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)