# EXHIBIT F

| | |
|---|---|
| From: | Caitlyn Miller |
| To: | "NICHD FOIA Request"; Savannah Green; Sam Geisler |
| Subject: | RE: NIH FOIA Request #62926 |
| Date: | Tuesday, April 22, 2025 7:05:00 PM |

To whom it may concern,

I am writing again to follow up on my request below. I spoke to Ms. Shevon Johnson on 2/18/25 and again on 3/27/25. On the 3/27 call with Ms. Johnson, she told me that we could expect to receive 9 pages of FOIA records from the CDC pursuant to request #62926. Those records were sent to the NIH by the CDC for separate review before production. She informed me that we would be receiving those records within the next week, but we have still not received any records from the NIH.

In addition, I spoke to Ms. Johnson on 3/27/2025 regarding the remainder of the FOIA requests I submitted to the NIH (under the name Caitlyn Miller) including the following: #63506 and
#62782. Ms. Johnson indicated at that time there were "several hundred" pages of documents that she was planning to produce to us pursuant to those requests and that she sought to start producing those to us in waves of approximately 200-300 pages per week or biweekly. We have still not received any documents or additional correspondence from Ms. Johnson or anyone within the NIH.

Additionally, since my last call with Ms. Johnson, I have called the below phone number approximately three times and have left one voicemail. We have not yet received a response on these requests. My colleagues have also tried calling on a number of separate occasions as well.

If you need any additional information from me on these requests, please do not hesitate to let me know.

Thanks,
Caitlyn Miller

| | |
|---|---|
| **Caitlyn Prichard Miller**<br>Attorney<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010 \| Ext. 160<br>Fax: (850) 916-7449<br>Email: cmiller@awkolaw.com |

CONFIDENTIAL ATTORNEY WORK PRODUCT
This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

**From:** NICHD FOIA Request <nichdfoiarequest@mail.nih.gov>
**Sent:** Thursday, March 27, 2025 10:36 AM
**To:** Caitlyn Miller <CMiller@awkolaw.com>; Savannah Green <SGreen@awkolaw.com>; Sam Geisler <SGeisler@awkolaw.com>
**Cc:** NICHD FOIA Request <nichdfoiarequest@mail.nih.gov>
**Subject:** NIH FOIA Request #62926

> Some people who received this message don't often get email from nichdfoiarequest@mail.nih.gov. Learn why this is important

Greetings Caitlyn Miller, Savannah Green and Sam Geisler,

Please give me a call at your earliest convenience I would like to discuss the status of your FOIA request.

Best Regards,
Ms. Shevon Johnson
FOIA Coordinator
National Institute of Child Health
and Human Development
Phone: 301-435-3457

| | |
|---|---|
| From: | Caitlyn Miller |
| To: | foiarequest@hhs.gov |
| Cc: | Malorie Gage; Sam Geisler; Savannah Green |
| Subject: | FOIA Request Status Update |
| Date: | Wednesday, May 14, 2025 2:54:00 PM |
| Attachments: | FOIA Request DHHS Office of Sec. Steve Cha.pdf |

To Whom it May Concern,

I am emailing regarding the attached FOIA request (Submission ID: 1912621) to request an update on this FOIA request or the appeal that was submitted on 5/8/2025 regarding this request.

Feel free to call or email me with an update at your convenience.

Regards,
Caitlyn

| | |
|---|---|
| **Caitlyn Prichard Miller**<br>Partner<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010 \| Ext. 160<br>Fax: (850) 916-7449<br>Email: cmiller@awkolaw.com |

CONFIDENTIAL ATTORNEY WORK PRODUCT
This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

| | |
|---|---|
| **From:** | Caitlyn Miller |
| **To:** | foiarequest@hhs.gov |
| **Cc:** | Malorie Gage; Sam Geisler; Savannah Green |
| **Subject:** | RE: FOIA Request Status Update |
| **Date:** | Wednesday, May 21, 2025 2:30:00 PM |

Hello,

I am writing again as a follow up to this request (Submission ID: 1912621).

Thanks,
Caitlyn

---

**From:** Caitlyn Miller
**Sent:** Wednesday, May 14, 2025 2:55 PM
**To:** foiarequest@hhs.gov
**Cc:** Malorie Gage <MGage@awkolaw.com>; Sam Geisler <SGeisler@awkolaw.com>; Savannah Green <SGreen@awkolaw.com>
**Subject:** FOIA Request Status Update

To Whom it May Concern,

I am emailing regarding the attached FOIA request (Submission ID: 1912621) to request an update on this FOIA request or the appeal that was submitted on 5/8/2025 regarding this request.

Feel free to call or email me with an update at your convenience.

Regards,
Caitlyn

| | |
|---|---|
| **Caitlyn Prichard Miller**<br>Partner<br>Aylstock, Witkin, Kreis & Overholtz, PLLC | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010 | Ext. 160<br>Fax: (850) 916-7449<br>Email: cmiller@awkolaw.com |

CONFIDENTIAL ATTORNEY WORK PRODUCT
This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.