# EXHIBIT H

**From:**        foiarequest@hhs.gov
**To:**          Caitlyn Miller
**Subject:**     Request Acknowledgement by U.S. Department of Health & Human Services
**Date:**        Thursday, May 8, 2025 9:00:12 PM

Dear Caitlyn Miller,

Request #2025-00098-A-PHS has been assigned to the request you submitted. In
all future correspondence regarding this request please reference request
#2025-00098-A-PHS.

Regards,
U.S. Department of Health & Human Services